**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rebecca Dixie Salcido, | CIV 13-1700-PHX-MHB |
| Plaintiff, | **ORDER** |
| vs. | |
| Carolyn W. Colvin, Commissioner of the Social Security Administration, | |
| Defendant. | |

In light of the United States Court of Appeals for the Ninth Circuit's Order granting Appellee's unopposed motion to vacate the district court judgment and remand for further administrative proceedings,

**IT IS ORDERED** vacating the Order and Judgment entered on January 28, 2015 (Docs. 32, 33);

**IT IS FURTHER ORDERED** remanding this case to the Social Security Administration pursuant to sentence four of 42 U.S.C. § 405(g);

**IT IS FURTHER ORDERED** that the Clerk of the Court shall enter judgment accordingly. The judgment will serve as the mandate of this Court.

DATED this 25th day of September, 2015.

_Michelle H. Burns_
Michelle H. Burns
United States Magistrate Judge